Daniel I. Aquino (NSBN 12682)
John A. Fortin (NSBN 15221)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
daquino@mcdonaldcarano.com
jfortin@mcdonaldcarano.com

David N. Lake (Pro Hac Pending)
Law Offices of David N. Lake
A Professional Corporation
16130 Ventura Boulevard, Suite 650
Encino, California 91436
Telephone: (818) 788-5100
david@lakelawpc.com

*Attorneys for Steven Khunovich*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN KHUNOVICH,<br><br>Plaintiff,<br><br>v.<br><br>LEDGER SAS, a foreign corporation; LEDGER TECHNOLOGIES, a Delaware corporation; and DOES 1 through 25, inclusive ,<br><br>Defendants. | Case No. 2:26-cv-00016-JAD-MDC<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANT'S DEADLINE TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(First Request)** |

Plaintiff Steven Khunovich ("Khunovich" or "Plaintiff") and Defendant Ledger Technologies ("Ledger Technologies"), by and through their respective counsel of record, hereby agree, stipulate and respectfully request that the Court extend the deadline for Defendant to answer or otherwise respond to Plaintiff's Complaint by 14 days, from February 23, 2026 to March 9, 2026.

/ / /

/ / /

/ / /

/ / /

McDONALD CARANO

2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE 702.873.4100 • FAX 702.873.9966

This is the first request to extend Ledger Technologies' responsive pleading deadline for the Complaint, and will allow the parties to explore further stipulations that may streamline service issues for Defendant Ledger SAS and responsive pleadings.  The undersigned represent that this stipulation is not designed for purposes of delay.

Dated: February 24, 2026.

McDONALD CARANO LLP

By: */s/  Daniel I. Aquino*
    Daniel I. Aquino (NSBN 12682)
    John A. Fortin (NSBN 15221)
    McDONALD CARANO LLP
    2300 West Sahara Avenue, Suite 1200
    Las Vegas, Nevada 89102
    Telephone: (702) 873-4100
    daquino@mcdonaldcarano.com
    jfortin@mcdonaldcarano.com


    David N. Lake (Pro Hac Pending)
    Law Offices of David N. Lake
    A Professional Corporation
    16130 Ventura Boulevard, Suite 650
    Encino, California 91436
    Telephone: (818) 788-5100
    david@lakelawpc.com

*Attorneys for Plaintiff*

DENTONS DURHAM JONES PINEGAR P.C.

By: */s/ Trey A. Rothell*
    TREY A. ROTHELL, ESQ.
    Nevada Bar No. 15993
    1180 Town Center Dr., Suite 200
    Las Vegas, Nevada  89144
    Telephone: 702-988-3030
    Facsimile: 702-988-3029
    trey.rothell@dentons.com

*Attorneys for Defendant*

IT IS SO ORDERED:

_____

UNITED STATES MAGISTRATE JUDGE

DATED: _____

McDONALD CARANO
2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE 702.873.4100 • FAX 702.873.9966