Daniel I. Aquino (NSBN 12682)
John A. Fortin (NSBN 15221)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
daquino@mcdonaldcarano.com
jfortin@mcdonaldcarano.com

David N. Lake (Pro Hac Pending)
Law Offices of David N. Lake
A Professional Corporation
16130 Ventura Boulevard, Suite 650
Encino, California 91436
Telephone: (818) 788-5100
david@lakelawpc.com

*Attorneys for Steven Khunovich*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN KHUNOVICH, | Case No. 2:26-cv-00016-JAD-MDC |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND DEFENDANT'S DEADLINE TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** |
| v. | |
| LEDGER SAS, a foreign corporation; LEDGER TECHNOLOGIES, a Delaware corporation; and DOES 1 through 25, inclusive , | **(Second Request)** |
| Defendants. | |

Plaintiff Steven Khunovich ("Khunovich" or "Plaintiff") and Defendant Ledger Technologies ("Ledger Technologies"), by and through their respective counsel of record, hereby agree, stipulate and respectfully request that the Court extend the deadline for Defendant to answer or otherwise respond to Plaintiff's Complaint by thirty (30) days, from March 9, 2026 to April 8, 2026.

This is the second request to extend Ledger Technologies' responsive pleading deadline for the Complaint.  The parties are currently discussing a potential agreement to waive service for foreign defendant Ledger Technologies, and an agreement to streamline responsive pleadings with

*McDONALD CARANO*

2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE 702.873.4100 • FAX 702.873.9966

respect to served defendant Ledger SAS. The undersigned represent that this stipulation is not designed for purposes of delay.

Dated: March 5, 2026.

McDONALD CARANO LLP

By: */s/ Daniel I. Aquino*
    Daniel I. Aquino (NSBN 12682)
    John A. Fortin (NSBN 15221)
    McDONALD CARANO LLP
    2300 West Sahara Avenue, Suite 1200
    Las Vegas, Nevada 89102
    Telephone: (702) 873-4100
    daquino@mcdonaldcarano.com
    jfortin@mcdonaldcarano.com


    David N. Lake (Pro Hac Pending)
    Law Offices of David N. Lake
    A Professional Corporation
    16130 Ventura Boulevard, Suite 650
    Encino, California 91436
    Telephone: (818) 788-5100
    david@lakelawpc.com

*Attorneys for Plaintiff*

DENTONS DURHAM JONES PINEGAR P.C.

By: */s/ Trey A. Rothell*
    TREY A. ROTHELL, ESQ.
    Nevada Bar No. 15993
    1180 Town Center Dr., Suite 200
    Las Vegas, Nevada 89144
    Telephone: 702-988-3030
    Facsimile: 702-988-3029
    trey.rothell@dentons.com

*Attorneys for Defendant*

IT IS SO ORDERED:

_____

UNITED STATES MAGISTRATE JUDGE

DATED: _____

2