Daniel I. Aquino (NSBN 12682)
John A. Fortin (NSBN 15221)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
daquino@mcdonaldcarano.com
jfortin@mcdonaldcarano.com

David N. Lake (Pro Hac Pending)
Law Offices of David N. Lake
A Professional Corporation
16130 Ventura Boulevard, Suite 650
Encino, California 91436
Telephone: (818) 788-5100
david@lakelawpc.com

*Attorneys for Steven Khunovich*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| STEVEN KHUNOVICH,<br><br>Plaintiff,<br><br>v.<br><br>LEDGER SAS, a foreign corporation; LEDGER TECHNOLOGIES, a Delaware corporation; and DOES 1 through 25, inclusive ,<br><br>Defendants. | Case No. 2:26-cv-00016-JAD-MDC<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANT'S DEADLINE TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(Second Request)** |

Plaintiff Steven Khunovich ("Khunovich" or "Plaintiff") and Defendant Ledger Technologies ("Ledger Technologies"), by and through their respective counsel of record, hereby agree, stipulate and respectfully request that the Court extend the deadline for Defendant to answer or otherwise respond to Plaintiff's Complaint by thirty (30) days, from March 9, 2026 to April 8, 2026.

This is the second request to extend Ledger Technologies' responsive pleading deadline for the Complaint. The parties are currently discussing a potential agreement to waive service for foreign defendant Ledger Technologies, and an agreement to streamline responsive pleadings with

respect to served defendant Ledger SAS.  The undersigned represent that this stipulation is not designed for purposes of delay.

Dated: March 5, 2026.

McDONALD CARANO LLP

By: /s/ Daniel I. Aquino
   Daniel I. Aquino (NSBN 12682)
   John A. Fortin (NSBN 15221)
   McDONALD CARANO LLP
   2300 West Sahara Avenue, Suite 1200
   Las Vegas, Nevada 89102
   Telephone: (702) 873-4100
   daquino@mcdonaldcarano.com
   jfortin@mcdonaldcarano.com

   David N. Lake (Pro Hac Pending)
   Law Offices of David N. Lake
   A Professional Corporation
   16130 Ventura Boulevard, Suite 650
   Encino, California 91436
   Telephone: (818) 788-5100
   david@lakelawpc.com

   *Attorneys for Plaintiff*

DENTONS DURHAM JONES PINEGAR P.C.

By: /s/ Trey A. Rothell
   TREY A. ROTHELL, ESQ.
   Nevada Bar No. 15993
   1180 Town Center Dr., Suite 200
   Las Vegas, Nevada 89144
   Telephone: 702-988-3030
   Facsimile: 702-988-3029
   trey.rothell@dentons.com

   *Attorneys for Defendant*

IT IS SO ORDERED:

_____
Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE

DATED: __March 10, 2026__