Daniel I. Aquino (NSBN 12682)
John A. Fortin (NSBN 15221)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
daquino@mcdonaldcarano.com
jfortin@mcdonaldcarano.com

David N. Lake (Pro Hac Pending)
Law Offices of David N. Lake
A Professional Corporation
16130 Ventura Boulevard, Suite 650
Encino, California 91436
Telephone: (818) 788-5100
david@lakelawpc.com

*Attorneys for Steven Khunovich*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

STEVEN KHUNOVICH,

        Plaintiff,

        v.

LEDGER SAS, a foreign corporation;
LEDGER TECHNOLOGIES, a Delaware
corporation; and DOES 1 through 25,
inclusive ,

        Defendants.

Case No. 2:26-cv-00016-JAD-MDC

**STIPULATION AND ORDER TO
EXTEND DEFENDANT'S DEADLINE TO
ANSWER OR OTHERWISE RESPOND
TO PLAINTIFF'S COMPLAINT**

**(Third Request)**

Plaintiff Steven Khunovich ("Khunovich" or "Plaintiff") and Defendant Ledger Technologies ("Ledger Technologies"), by and through their respective counsel of record, hereby agree, stipulate and respectfully request that the Court extend the deadline for Defendant to answer or otherwise respond to Plaintiff's Complaint by fourteen (14) days, from April 8, 2026 to April 22, 2026.

This is the third request to extend Ledger Technologies' responsive pleading deadline for the Complaint. The parties are continuing to discuss and exchange information to avoid motions

practice and to streamline responsive pleadings.  The undersigned represent that this stipulation is not designed for purposes of delay.

Dated: April 6, 2026.

McDONALD CARANO LLP

By: /s/ Daniel I. Aquino
   Daniel I. Aquino (NSBN 12682)
   John A. Fortin (NSBN 15221)
   McDONALD CARANO LLP
   2300 West Sahara Avenue, Suite 1200
   Las Vegas, Nevada 89102

   David N. Lake (Pro Hac Pending)
   Law Offices of David N. Lake
   A Professional Corporation
   16130 Ventura Boulevard, Suite 650
   Encino, California 91436
   Attorneys for Plaintiff

DENTONS DURHAM JONES PINEGAR P.C.

By: /s/ Trey A. Rothell
   TREY A. ROTHELL, ESQ.
   Nevada Bar No. 15993
   1180 Town Center Dr., Suite 200
   Las Vegas, Nevada 89144
   Telephone: 702-988-3030
   Facsimile: 702-988-3029
   trey.rothell@dentons.com
   Attorneys for Defendant

IT IS SO ORDERED:

_____
Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE

DATED: April 7, 2026

2