Daniel I. Aquino (NSBN 12682)
John A. Fortin (NSBN 15221)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
daquino@mcdonaldcarano.com
jfortin@mcdonaldcarano.com

David N. Lake (Pro Hac Pending)
Law Offices of David N. Lake
A Professional Corporation
16130 Ventura Boulevard, Suite 650
Encino, California 91436
Telephone: (818) 788-5100
david@lakelawpc.com

*Attorneys for Steven Khunovich*

*2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE 702.873.4100 • FAX 702.873.9966*

McDONALD CARANO

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN KHUNOVICH,<br><br>Plaintiff,<br><br>v.<br><br>LEDGER SAS, a foreign corporation;<br>LEDGER TECHNOLOGIES, a Delaware<br>corporation; and DOES 1 through 25,<br>inclusive ,<br><br>Defendants. | Case No. 2:26-cv-00016-JAD-MDC<br><br>**STIPULATION AND ORDER FOR: 1)<br>DISMISSAL OF LEDGER<br>TECHNOLOGIES (WITHOUT<br>PREJUDICE); 2) ACCEPTANCE OF<br>SERVICE BY LEDGER SAS; AND 3)<br>SETTING OF EXTENDED BRIEFING<br>SCHEDULE**<br><br>**(First Request)** |

Plaintiff Steven Khunovich ("Khunovich" or "Plaintiff") and Defendants Ledger Technologies and Ledger SAS ("Ledger Technologies" and "Ledger SAS"), by and through their respective counsel of record, hereby agree, stipulate and agree as follows:

The parties stipulate that Defendant Ledger Technologies shall be dismissed from this action, without prejudice. Each party shall bear its own attorneys' fees and costs with respect to Ledger Technologies.

The parties stipulate that Defendant Ledger SAS hereby accepts service of the Summons and Complaint in this action through its undersigned counsel of record, as of the date this stipulation is entered as an order.

The parties further stipulate to the following briefing schedule with respect to Ledger SAS's responsive pleading:

1. Defendant Ledger SAS shall have a period of sixty (60) days from the date of entry of this stipulation as an order to file its responsive pleading to the Complaint.

2. Plaintiff Khunovich shall have period of thirty (30) days after Ledger SAS files its responsive pleading in which to file his response to Ledger SAS's responsive pleading.

3. Defendant Ledger SAS shall have a period of fifteen (15) days after Khunovich files his response in which to file Ledger SAS's reply briefing.

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

2

This is the first request to extend Ledger SAS's responsive pleading deadline for the Complaint. Ledger SAS is a foreign defendant, and the parties have reached this agreement to avoid the time, cost, and expense of service on Ledger SAS. The parties respectfully request the Court approve the extended briefing schedule set forth above, which is based on the substantive nature of Ledger SAS's anticipated responsive pleading and each counsel's pre-existing scheduling commitments in the following months. The undersigned represent that this stipulation is entered into in good faith and not designed for purposes of delay.

Dated: April 20, 2026.

McDONALD CARANO LLP

By: */s/ Daniel I. Aquino*
    Daniel I. Aquino (NSBN 12682)
    John A. Fortin (NSBN 15221)
    McDONALD CARANO LLP
    2300 West Sahara Avenue, Suite 1200
    Las Vegas, Nevada 89102

    David N. Lake (Pro Hac Vice)
    Law Offices of David N. Lake
    A Professional Corporation
    16130 Ventura Boulevard, Suite 650
    Encino, California 91436

*Attorneys for Plaintiff*

DENTONS DURHAM JONES PINEGAR P.C.

By: */s/ Trey A. Rothell*
    TREY A. ROTHELL, ESQ.
    Nevada Bar No. 15993
    1180 Town Center Dr., Suite 200
    Las Vegas, Nevada 89144
    Telephone: 702-988-3030
    Facsimile: 702-988-3029
    trey.rothell@dentons.com

*Attorneys for Defendant*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: _____