**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Steven Khunovich,<br>Plaintiff,<br>vs.<br>Ledger SAS,<br>Defendant. | Case No. 2:26-cv-00016-JAD-MDC<br>**ORDER SETTING HEARING** |

The Court has reviewed the defendant's *Motion to Stay Discovery* (ECF No. 27), *Motion for Leave to File Document* (ECF No. 30), and the parties' proposed *Stipulated Discovery Plan and Scheduling Order* (ECF No. 28) (collectively "Filings"). **IT IS SO ORDERED** that counsel for parties shall appear for an in-person hearing at **9:00 am on October 22, 2026, in Courtroom 3B** regarding the Filings and related documents.

**DATED**: September 28, 2026.

_______________________________
Hon. Maximiliano D. Couvillier, III
United States Magistrate Judge