TREY A. ROTHELL, ESQ.
Nevada Bar No. 15993
DENTONS DURHAM JONES PINEGAR P.C.
1180 Town Center Dr., Suite 200
Las Vegas, Nevada 89144
Telephone: 702-988-3030
Facsimile: 702-988-3029
trey.rothell@dentons.com

MARK A. SILVER, ESQ. (*pro hac vice*)
LEANNE E. SUNDERLAND, ESQ. (*pro hac vice*)
DENTONS US LLP
303 Peachtree Street, NE, Suite 5300
Atlanta, Georgia 30308
Telephone: 404-527-4000
Facsimile: 404-527-4198
mark.silver@dentons.com
leanne.sunderland@dentons.com

*Attorneys for Defendant Ledger SAS*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| STEVEN KHUNOVICH,<br><br>Plaintiff,<br><br>vs.<br><br>LEDGER SAS, a foreign corporation; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No.: 2:26-cv-00016-JAD-MDC<br><br>**STIPULATION AND ORDER TO STAY DISCOVERY PENDING RESOLUTION OF MOTION TO DISMISS AND TO VACATE OCTOBER 22, 2026 HEARING**<br><br>**(First Request)** |

Plaintiff Steven Khunovich ("Plaintiff") and Defendant Ledger SAS ("Ledger"), by and through their undersigned counsel of record, jointly stipulate and agree, subject to the Court's approval, to stay discovery pending the Court's ruling on Ledger's pending Motion to Dismiss (ECF No. 24) and ask the Court to vacate the hearing set for October 22, 2026, at 9:00 a.m. (ECF No. 33). As discussed below, Plaintiff no longer opposes Ledger's pending Motion to Stay Discovery (ECF No. 27), and the parties have resolved the matters underlying that hearing. This is the parties' first request to continue or vacate the hearing. In support of this Stipulation, the Parties state:

1. On June 22, 2026, Ledger moved to dismiss Plaintiff's Complaint (ECF No. 24) (the "Motion to Dismiss"). The Motion to Dismiss is fully briefed. (ECF Nos. 24, 26, 29.)

2. On August 4, 2026, Ledger moved to stay discovery pending a ruling on the Motion to Dismiss (ECF No. 27) (the "Motion to Stay"). Plaintiff opposed the Motion to Stay (ECF No. 31), and Ledger replied (ECF No. 32).

3. Also on August 4, 2026, the parties filed a proposed Stipulated Discovery Plan and Scheduling Order (ECF No. 28) (the "Proposed Discovery Plan").

4. On August 12, 2026, Ledger moved for leave to supplement the Motion to Stay with the written discovery Plaintiff had served (ECF No. 30) (the "Motion for Leave").

5. On September 28, 2026, the Court set a hearing on the Motion to Stay, the Proposed Discovery Plan, and the Motion for Leave for October 22, 2026, at 9:00 a.m. (ECF No. 33) (the "Hearing").

6. Counsel have since conferred, and Plaintiff no longer opposes the Motion to Stay. The parties agree that a stay is warranted because the Motion to Dismiss, if granted, may dispose of the entire action, and the Court can decide it on the current briefing. Plaintiff's agreement to stay discovery pending the ruling on the motion to Dismiss is not a concession as to the merits of the Motion to Dismiss.

7. Because the parties have agreed to stay discovery, the Proposed Discovery Plan is premature and not representative of the parties' current positions. The parties therefore withdraw it without prejudice. If the Court denies the Motion to Dismiss in whole or in part, the parties agree to file a new proposed discovery plan and scheduling order within 14 days after the Court's order.

8. For the same reason, the Motion for Leave is moot, and Ledger withdraws it.

9. For these reasons, the Parties also ask the Court to vacate the scheduled Hearing on Ledger's Motion to Stay Discovery.

/ / /

/ / /

10. There is good cause to grant the requested relief. Because the parties now stipulate to staying discovery pending resolution of the Motion to Dismiss, the interest of judicial economy is served by effectuating the Parties' request as stipulated herein. *See* Fed. R. Civ. P. 1.[1]

In light of the foregoing, the parties respectfully ask this Court to enter the proposed order below.

**IT IS SO STIPULATED.**

Dated: October 12, 2026.

DENTONS DURHAM JONES PINEGAR P.C.

By: /s/ Trey A. Rothell
Trey A. Rothell
Nevada Bar No. 15993
1180 Town Center Dr., Suite 200
Las Vegas, Nevada 89144

Mark A. Silver *(pro hac vice)*
Leanne E. Sunderland *(pro hac vice)*
DENTONS US LLP
303 Peachtree Street, NE, Suite 5300
Atlanta, Georgia 30308

*Attorneys for Ledger SAS*

McDONALD CARANO LLP

By: */s/ David N. Lake*
Daniel I. Aquino (NSBN 12682)
John A. Fortin (NSBN 15221)
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100

David N. Lake (Pro Hac Vice)
Law Offices of David N. Lake
A Professional Corporation
16130 Ventura Boulevard, Suite 650
Encino, California 91436
Telephone: (818) 788-5100
david@lakelawpc.com

*Attorneys for Steven Khunovich*

**[PROPOSED] ORDER GRANTING STIPULATION**

The Court, having considered the Stipulation filed by the parties, finds good cause to stay discovery pending resolution of Ledger's Motion to Dismiss (ECF No. 24) and to vacate the October 22, 2026 hearing.

Accordingly,

**IT IS HEREBY ORDERED** that the Stipulation is GRANTED.

[1] David Lake, Esq. also is unavailable on October 22 due to travel in advance of a trial set to start on October 26.

**IT IS FURTHER ORDERED** that Ledger's Motion to Stay Discovery (ECF No. 27) is GRANTED, and discovery, including Ledger's deadlines to respond to Plaintiff's outstanding written discovery requests, is stayed pending the Court's ruling on the Motion to Dismiss (ECF No. 24).

**IT IS FURTHER ORDERED** that the proposed Stipulated Discovery Plan and Scheduling Order (ECF No. 28) is DENIED without prejudice as premature. The parties must file a new proposed discovery plan and scheduling order within 14 days after any order denying the Motion to Dismiss in whole or in part.

**IT IS FURTHER ORDERED** that Ledger's Motion for Leave (ECF No. 30) is DENIED as moot.

**IT IS FURTHER ORDERED** that the hearing set for October 22, 2026, at 9:00 a.m. in Courtroom 3B is VACATED.

**IT IS SO ORDERED.**

Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE

DATED: October 15, 2026